```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 00081
  KIETH R DETLAF
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-9867
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/03/08 and confirmed on 03/06/08.

    2.  The case was dismissed after confirmation, 10/10/2008.

    3.  The Debtor paid a total of $   2523.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 24619.36 | .00 | .00 |
| HARVEST GLEN HOMEOWNERS | SECURED | 293.33 | .00 | 97.80 |
| TARA RODELO | CHILD SUPPORT | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| AAC | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | UNSECURED | 12863.87 | .00 | .00 |
| COUNTRY MUTUAL INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| DIRECTV | UNSECURED | NOT FILED | .00 | .00 |
| DISH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| ANTHONY LOMBARDI DDS | UNSECURED | NOT FILED | .00 | .00 |

        Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 24912.69 | .00 | 12863.87 | .00 | 37776.56 |
| PRINCIPAL PAID | 97.80 | .00 | .00 | .00 | 97.80 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 97.80 | .00 | .00 | .00 | 97.80 |

The Debtor's attorney, PATRICK A MESZAROS            , was allowed $   3500.00
and was paid $    500.00  direct and $   2278.87  through the plan.

The Trustee received $    146.33 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.

Dated: 01/14/09                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

                              PAGE   2
     CASE NO. 08 B 00081 KIETH R DETLAF